Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−21796−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Muriel C Davis
  PO BOX 1102
  Merchantville, NJ 08109

Social Security No.:
  xxx−xx−9237

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 9/15/20 at 10:00 AM

to consider and act upon the following:

53 − Objection to (related document:52 Motion to Approve Loan Modification with Bayview Loan Servicing, LLC Filed by Georgette Miller on behalf of Muriel C Davis. Objection deadline is 09/16/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Exhibit) filed by Debtor Muriel C Davis) filed by Isabel C. Balboa on behalf of Isabel C. Balboa. (Balboa, Isabel)

Dated: 9/4/20

                                    Jeanne Naughton
                                    Clerk, U.S. Bankruptcy Court