Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−21796−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Muriel C Davis
   PO BOX 1102
   Merchantville, NJ 08109

Social Security No.:
   xxx−xx−9237

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 26, 2019.

On 12/22/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:            January 27, 2021
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 22, 2020
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Muriel C Davis  
    Debtor(s)

Case No. 18-21796-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4  
Date Rcvd: Dec 22, 2020      Form ID: 185      Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Muriel C Davis, PO BOX 1102, Merchantville, NJ 08109-0102 |
| cr | + | New Penn Financial LLC dba Shellpoint Mortgage Ser, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517774881 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517584429 | + | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517584430 | + | Ccs/first National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 517830135 | + | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 518997853 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518997854 | + | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor Coral Gable, FL 33146-1873 |
| 517584434 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 517584435 | + | First Svg Cc, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 517718257 | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, McCalla Raymer Leibert Pierce, LLC, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517823780 | | New Penn Financial LLC d/b/a Shellpoint Mortgage S, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 517584438 | + | New Penn Financial dba Shellpoint Mortgage, Steven Kelly, Esquire, Stern & Eisenberg, PC, 1040 N. Kings Highway, Ste. 407, Cherry Hill, NJ 08034-1925 |
| 517584439 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 517735714 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, Pa. 19020-2022 |
| 517584444 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 266, Trenton, NJ 08695 |
| 517584442 | + | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 517584443 | + | South Jersey Federal C, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517731636 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517734737 | + | TD Bank,N.A., Richard J.Tracy,III,Esq, 30 Montgomery Sreeet, Suite 1205, Jersey City NJ 07302-3835 |
| 517584454 | + | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 22 2020 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 22 2020 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518633427 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 22 2020 21:36:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 518633428 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Dec 22 2020 21:36:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |

Case 18-21796-ABA    Doc 63    Filed 12/24/20    Entered 12/25/20 00:16:06    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2020 | Form ID: 185 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| 517584428 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 22:21:08 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517584427 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 22 2020 22:21:08 | Cap1/bstby, PO BOX 30253, Salt Lake City, UT 84130-0253 |
| 517584432 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 22 2020 21:34:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 517830133 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2020 21:34:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517708021 | | Email/Text: mrdiscen@discover.com | Dec 22 2020 21:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517584433 | + | Email/Text: mrdiscen@discover.com | Dec 22 2020 21:33:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 517584431 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 22 2020 22:25:12 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 517815947 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 22 2020 22:16:57 | JPMorgan Chase Bank, National Association, Bankruptcy Department, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517584436 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 22 2020 21:33:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517757006 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2020 22:20:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517584437 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2020 22:20:31 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518747040 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2020 22:17:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518747041 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2020 22:17:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517807399 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 22 2020 22:17:15 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517795887 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2020 22:17:25 | PYOD, LLC its successors and assigns as assignee, of Springleaf Financial Services Of, Indiana, Inc., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 517704684 | | Email/Text: bnc-quantum@quantum3group.com | Dec 22 2020 21:34:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517824232 | + | Email/Text: bncmail@w-legal.com | Dec 22 2020 21:35:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517779798 | + | Email/Text: courts@southjerseyfcu.com | Dec 22 2020 21:35:00 | South Jersey Federal Credit Union, PO Box 5530, Deptford, NJ 08096-0530 |
| 517584445 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 22:20:54 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517584446 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 22:20:55 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517584447 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 22:25:07 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 517584448 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 22:16:52 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 517584449 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 22:16:52 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |

Case 18-21796-ABA    Doc 63    Filed 12/24/20    Entered 12/25/20 00:16:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2020 | Form ID: 185 | Total Noticed: 54 |

| 517584450 | + Email/PDF: gecsedi@recoverycorp.com | | |
|---|---|---|---|
| | | Dec 22 2020 22:20:54 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 517584451 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 22 2020 22:20:55 | Syncb/toysrusdc, Po Box 965005, Orlando, FL 32896-5005 |
| 517584452 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 22 2020 22:25:08 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 517586182 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Dec 22 2020 22:25:07 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517584453 | Email/Text: bankruptcy@td.com | | |
| | | Dec 22 2020 21:35:00 | Td Bank N.a., 70 Gray Rd, Portland, ME 04105 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517584440 | *+ | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 517584441 | *+ | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 517841775 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Muriel C Davis bky@margolisedelstein.com gmecfmail@gmail.com;smithcr50524@notify.bestcase.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com;NonnenbergGR50524@notify.bestcase.com;Miller.GeorgetteR50524@notify.bestcase.com;MillerGR50524@notify.bes |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@southjerseyfcu.com |
| John K. Justin | on behalf of Debtor Muriel C Davis jkjustin@aol.com |

justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com

Melissa N. Licker
    on behalf of Creditor Bayview Loan Servicing  LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com

Phillip Andrew Raymond
    on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com

Steven P. Kelly
    on behalf of Creditor New Penn Financial LLC dba Shellpoint Mortgage Servicing skelly@sterneisenberg.com bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11