UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Muriel C. Davis

Case No.: 18-21796
Chapter: 13
Judge: ABA

### NOTICE OF PROPOSED PRIVATE SALE

__Muriel C. Davis__, __the debtor__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:
401 Market Street
PO Box 2067
Camden, New Jersey 08101

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __September 7, 2021__ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __4B__, __401 Market Street, Camden, New Jersey 08101__. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:

110 S Thomas Avenue, Lawnside, New Jersey

Proposed Purchaser:

HERE4HOMES, LLC

Sale price:

$72,000.00

☐ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:

Amount to be paid:

Services rendered:

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Georgette Miller, Esquire

Address: 100 Century Parkway, Suite 200, Mount Laurel, New Jersey

Telephone No.: (856) 323-1100

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 18-21796-ABA
Muriel C Davis                                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                                    Page 1 of 4
Date Rcvd: Aug 06, 2021       Form ID: pdf905                                Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Muriel C Davis, PO BOX 1102, Merchantville, NJ 08109-0102 |
| cr | + | New Penn Financial LLC dba Shellpoint Mortgage Ser, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517774881 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517584430 | + | Ccs/first National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 517584435 | + | First Svg Cc, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 517718257 | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, McCalla Raymer Leibert Pierce, LLC, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517823780 | | New Penn Financial LLC d/b/a Shellpoint Mortgage S, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 517584438 | + | New Penn Financial dba Shellpoint Mortgage, Steven Kelly, Esquire, Stern & Eisenberg, PC, 1040 N. Kings Highway, Ste. 407, Cherry Hill, NJ 08034-1925 |
| 517584439 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 517735714 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, Pa. 19020-2022 |
| 517584444 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 266, Trenton, NJ 08695 |
| 517584443 | + | South Jersey Federal C, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517731636 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517734737 | + | TD Bank,N.A., Richard J.Tracy,III,Esq, 30 Montgomery Sreeet, Suite 1205, Jersey City NJ 07302-3835 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 06 2021 20:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 06 2021 20:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518633427 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 06 2021 20:27:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 518633428 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Aug 06 2021 20:27:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 517584428 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 06 2021 20:35:01 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517584427 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Aug 06 2021 20:35:01 | Cap1/bstby, PO BOX 30253, Salt Lake City, UT 84130-0253 |
| 517584429 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2021 20:35:12 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517830135 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2021 20:35:12 | Citibank, N.A., Citibank, N.A., 701 East 60th |

Case 18-21796-ABA  Doc 75  Filed 08/08/21  Entered 08/09/21 00:16:06  Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: pdf905 | Total Noticed: 54 |

| Recipient ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517584432 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 06 2021 20:27:00 | | Street North, Sioux Falls, SD 57104-0493 |
| | | | | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 518997854 | + | Email/Text: BKMailBayview@bayviewloanservicing.com Aug 06 2021 20:27:00 | | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518997853 | + | Email/Text: BKMailBayview@bayviewloanservicing.com Aug 06 2021 20:27:00 | | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 517584434 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Aug 06 2021 20:35:11 | | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 517830133 | | Email/Text: bnc-quantum@quantum3group.com Aug 06 2021 20:27:00 | | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517708021 | | Email/Text: mrdiscen@discover.com Aug 06 2021 20:26:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517584433 | + | Email/Text: mrdiscen@discover.com Aug 06 2021 20:26:00 | | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 517584431 | | Email/PDF: ais.chase.ebn@americaninfosource.com Aug 06 2021 20:34:54 | | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 517815947 | | Email/PDF: ais.chase.ebn@americaninfosource.com Aug 06 2021 20:34:54 | | JPMorgan Chase Bank, National Association, Bankruptcy Department, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517584436 | + | Email/Text: PBNCNotifications@peritusservices.com Aug 06 2021 20:26:00 | | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517757006 | | Email/PDF: MerrickBKNotifications@Resurgent.com Aug 06 2021 20:34:53 | | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517584437 | + | Email/PDF: MerrickBKNotifications@Resurgent.com Aug 06 2021 20:35:01 | | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518747040 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2021 20:34:55 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518747041 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2021 20:35:10 | | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517807399 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 06 2021 20:34:55 | | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517795887 | + | Email/PDF: resurgentbknotifications@resurgent.com Aug 06 2021 20:35:05 | | PYOD, LLC its successors and assigns as assignee, of Springleaf Financial Services Of, Indiana, Inc., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 517704684 | | Email/Text: bnc-quantum@quantum3group.com Aug 06 2021 20:27:00 | | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517824232 | + | Email/Text: bncmail@w-legal.com Aug 06 2021 20:27:00 | | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 517584442 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Aug 06 2021 20:35:12 | | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 517779798 | + | Email/Text: courts@southjerseyfcu.com Aug 06 2021 20:27:00 | | South Jersey Federal Credit Union, PO Box 5530, Deptford, NJ 08096-0530 |
| 517584445 | + | Email/PDF: gecsedi@recoverycorp.com Aug 06 2021 20:35:08 | | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517584446 | + | Email/PDF: gecsedi@recoverycorp.com Aug 06 2021 20:35:01 | | Syncb/care Credit, C/o Po Box 965036, Orlando, |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 06, 2021 | Form ID: pdf905 | Total Noticed: 54 |

| | | | | |
|---|---|---|---|---|
| | | | | FL 32896-0001 |
| 517584447 | + Email/PDF: gecsedi@recoverycorp.com | Aug 06 2021 20:35:08 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 517584448 | + Email/PDF: gecsedi@recoverycorp.com | Aug 06 2021 20:35:01 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 517584449 | + Email/PDF: gecsedi@recoverycorp.com | Aug 06 2021 20:35:01 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 517584450 | + Email/PDF: gecsedi@recoverycorp.com | Aug 06 2021 20:34:53 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 517584451 | + Email/PDF: gecsedi@recoverycorp.com | Aug 06 2021 20:35:01 | Syncb/toysrusdc, Po Box 965005, Orlando, FL 32896-5005 |
| 517584452 | + Email/PDF: gecsedi@recoverycorp.com | Aug 06 2021 20:34:53 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 517586182 | + Email/PDF: gecsedi@recoverycorp.com | Aug 06 2021 20:35:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517584453 | Email/Text: bankruptcy@td.com | Aug 06 2021 20:27:00 | Td Bank N.a., 70 Gray Rd, Portland, ME 04105 |
| 517584454 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 06 2021 20:35:11 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 39

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517584440 | *+ | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 517584441 | *+ | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 517841775 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 08, 2021    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Georgette Miller | |

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 06, 2021 | Form ID: pdf905 | Total Noticed: 54 |

| | |
|---|---|
| | on behalf of Debtor Muriel C Davis csmith@margolisedelstein.com;GNonnenberg@margolisedelstein.com;mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@southjerseyfcu.com |
| John K. Justin | on behalf of Debtor Muriel C Davis jkjustin@aol.com justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com |
| Melissa N. Licker | on behalf of Creditor Bayview Loan Servicing  LLC NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Steven P. Kelly | on behalf of Creditor New Penn Financial LLC dba Shellpoint Mortgage Servicing skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11