Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  18−21796−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Muriel C Davis
   PO BOX 1102
   Merchantville, NJ 08109

Social Security No.:
   xxx−xx−9237

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

     I  Marie Flynn , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Private Sale:

Description of Property (if applicable):

110 S Thomas Avenue, Lawnside, NJ


Dated: September 1, 2021
JAN: mef

                                                                    Jeanne Naughton
                                                                    Clerk