**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Muriel C Davis**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–9237<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–21796–ABA | |

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Muriel C Davis

2/7/22                                                                 **By the court:** Andrew B. Altenburg Jr.
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-21796-ABA
Muriel C Davis  Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 4
Date Rcvd: Feb 07, 2022      Form ID: 3180W      Total Noticed: 55

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Muriel C Davis, PO BOX 1102, Merchantville, NJ 08109-0102 |
| cr | + | New Penn Financial LLC dba Shellpoint Mortgage Ser, c/o Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | SJFCU, 1615 Huffville Road, PO Box 5530, Deptford, NJ 08096-0530 |
| 517718257 | + | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, McCalla Raymer Leibert Pierce, LLC, 99 Wood Avenue South, Suite 803, Iselin, NJ 08830-2713 |
| 517823780 | | New Penn Financial LLC d/b/a Shellpoint Mortgage S, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 517584438 | + | New Penn Financial dba Shellpoint Mortgage, Steven Kelly, Esquire, Stern & Eisenberg, PC, 1040 N. Kings Highway, Ste. 407, Cherry Hill, NJ 08034-1925 |
| 517584439 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 517735714 | + | Police and Fire Federal Credit Union, 3333 Street Road, Bensalem, Pa. 19020-2022 |
| 517584444 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of the Treasury, Division of Taxation, PO Box 266, Trenton, NJ 08695 |
| 517584443 | + | South Jersey Federal C, 1615 Hurffville Rd, Deptford, NJ 08096-6406 |
| 517841775 | | State of New Jersey, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 517731636 | + | TD Bank, N.A., Payment Processing, PO Box 16029, Lewiston, ME 04243-9507 |
| 517734737 | + | TD Bank,N.A., Richard J.Tracy,III,Esq, 30 Montgomery Sreeet, Suite 1205, Jersey City NJ 07302-3835 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 07 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 07 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518633427 | + | EDI: LCIBAYLN | Feb 08 2022 01:33:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1873 |
| 518633428 | + | EDI: LCIBAYLN | Feb 08 2022 01:33:00 | Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146, Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1837 |
| 517584428 | | EDI: CAPITALONE.COM | Feb 08 2022 01:33:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238 |
| 517584427 | + | EDI: CAPITALONE.COM | Feb 08 2022 01:33:00 | Cap1/bstby, PO BOX 30253, Salt Lake City, UT 84130-0253 |
| 517774881 | | Email/PDF: bncnotices@becket-lee.com | Feb 07 2022 20:34:56 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517584429 | + | EDI: CITICORP.COM | Feb 08 2022 01:33:00 | Cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 517830135 | + | EDI: CITICORP.COM | | |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 07, 2022 | Form ID: 3180W | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | Feb 08 2022 01:33:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517584432 | + | EDI: WFNNB.COM | | |
| | | | Feb 08 2022 01:33:00 | Comenitycb/hsn, Po Box 182120, Columbus, OH 43218-2120 |
| 518997854 | + | EDI: LCIBAYLN | | |
| | | | Feb 08 2022 01:33:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 518997853 | + | EDI: LCIBAYLN | | |
| | | | Feb 08 2022 01:33:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 517584434 | + | EDI: CITICORP.COM | | |
| | | | Feb 08 2022 01:33:00 | Dsnb Macys, Po Box 8218, Mason, OH 45040 |
| 517830133 | | EDI: Q3G.COM | | |
| | | | Feb 08 2022 01:33:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517708021 | | EDI: DISCOVER.COM | | |
| | | | Feb 08 2022 01:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517584433 | + | EDI: DISCOVER.COM | | |
| | | | Feb 08 2022 01:33:00 | Discover Fin Svcs Llc, Pob 15316, Wilmington, DE 19850-5316 |
| 517584430 | | Email/Text: BNSFN@capitalsvcs.com | | |
| | | | Feb 07 2022 20:35:00 | Ccs/first National Ban, 500 E 60th St N, Sioux Falls, SD 57104 |
| 517584435 | | Email/Text: BNSFS@capitalsvcs.com | | |
| | | | Feb 07 2022 20:35:00 | First Svg Cc, 500 E 60th St N, Sioux Falls, SD 57104 |
| 517584431 | | EDI: JPMORGANCHASE | | |
| | | | Feb 08 2022 01:33:00 | Chase Mtg, Po Box 24696, Columbus, OH 43224 |
| 517815947 | | EDI: JPMORGANCHASE | | |
| | | | Feb 08 2022 01:33:00 | JPMorgan Chase Bank, National Association, Bankruptcy Department, Mail Code LA4-5555, 700 Kansas Lane, Monroe, LA 71203 |
| 517584436 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Feb 07 2022 20:35:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 517757006 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Feb 07 2022 20:34:52 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517584437 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Feb 07 2022 20:34:52 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517823780 | | Email/Text: mtgbk@shellpointmtg.com | | |
| | | | Feb 07 2022 20:35:00 | New Penn Financial LLC d/b/a Shellpoint Mortgage S, c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville SC 29603-0826 |
| 518747040 | | EDI: PRA.COM | | |
| | | | Feb 08 2022 01:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518747041 | | EDI: PRA.COM | | |
| | | | Feb 08 2022 01:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 517807399 | | EDI: PRA.COM | | |
| | | | Feb 08 2022 01:33:00 | Portfolio Recovery Associates, LLC, c/o Care Credit, POB 41067, Norfolk VA 23541 |
| 517795887 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Feb 07 2022 20:35:02 | PYOD, LLC its successors and assigns as assignee, of Springleaf Financial Services Of, Indiana, Inc., Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 517704684 | | EDI: Q3G.COM | | |
| | | | Feb 08 2022 01:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517824232 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Feb 07 2022 20:36:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |

Case 18-21796-ABA    Doc 91    Filed 02/09/22    Entered 02/10/22 00:13:02    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 07, 2022 | Form ID: 3180W | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517584442 | + | EDI: CITICORP.COM | Feb 08 2022 01:33:00 | Sears/cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 517779798 | + | Email/Text: courts@southjerseyfcu.com | Feb 07 2022 20:36:00 | South Jersey Federal Credit Union, PO Box 5530, Deptford, NJ 08096-0530 |
| 517584445 | + | EDI: RMSC.COM | Feb 08 2022 01:33:00 | Syncb/amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 517584446 | + | EDI: RMSC.COM | Feb 08 2022 01:33:00 | Syncb/care Credit, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 517584447 | + | EDI: RMSC.COM | Feb 08 2022 01:33:00 | Syncb/jcp, Po Box 965007, Orlando, FL 32896-5007 |
| 517584448 | + | EDI: RMSC.COM | Feb 08 2022 01:33:00 | Syncb/lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 517584449 | + | EDI: RMSC.COM | Feb 08 2022 01:33:00 | Syncb/old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 517584450 | + | EDI: RMSC.COM | Feb 08 2022 01:33:00 | Syncb/sams Club Dc, Po Box 965005, Orlando, FL 32896-5005 |
| 517584451 | + | EDI: RMSC.COM | Feb 08 2022 01:33:00 | Syncb/toysrusdc, Po Box 965005, Orlando, FL 32896-5005 |
| 517584452 | + | EDI: RMSC.COM | Feb 08 2022 01:33:00 | Syncb/walmart Dc, Po Box 965024, Orlando, FL 32896-5024 |
| 517586182 | + | EDI: RMSC.COM | Feb 08 2022 01:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517584453 | | EDI: TDBANKNORTH.COM | Feb 08 2022 01:33:00 | Td Bank N.a., 70 Gray Rd, Portland, ME 04105 |
| 517584454 | + | EDI: CITICORP.COM | Feb 08 2022 01:33:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517584440 | *+ | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 517584441 | *+ | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 09, 2022         Signature:    /s/Joseph Speetjens

District/off: 0312-1 | User: admin | Page 4 of 4
Date Rcvd: Feb 07, 2022 | Form ID: 3180W | Total Noticed: 55

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor Bayview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Muriel C Davis mcon1@margolisedelstein.com;Miller.GeorgetteR50524@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John F Newman | on behalf of Creditor SJFCU courts@southjerseyfcu.com |
| John K. Justin | on behalf of Debtor Muriel C Davis jkjustin@aol.com justinjr50524@notify.bestcase.com;leemr50524@notify.bestcase.com;smithcr50524@notify.bestcase.com |
| Melissa N. Licker | on behalf of Creditor Bayview Loan Servicing  LLC mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Phillip Andrew Raymond | on behalf of Creditor JPMORGAN CHASE BANK  NATIONAL ASSOCIATION phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Steven P. Kelly | on behalf of Creditor New Penn Financial LLC dba Shellpoint Mortgage Servicing skelly@sterneisenberg.com bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11